UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAROLYN KNOUSE and BOB
KNOUSE, husband and wife,

    Plaintiff,

v.                                                CASE NO: 2:23-cv-1054-SPC-NPM

SAM'S EAST, INC., JAYLON
GLOSTER, and JOHN and/or JANE
DOE,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Defendant, SAM'S EAST, INC., by and through the undersigned counsel and pursuant to Local Rule 3.09, respectfully advises the Court that the parties have completely resolved all claims to their mutual satisfaction with each party to bear their own costs and attorney's fees.

                                                   Respectfully submitted,

                                                   **/s/ Amanda J. Sharkey Ross**
                                                   Amanda J. Sharkey Ross
                                                   Madison A. Tanner

I HEREBY CERTIFY that on October 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joseph Michael Sette, Esquire
FBN: 949981
Law Office of Joseph Michael Sette
9160 Forum Corporate Parkway, Suite 350
Fort Myers, FL 33905
Tel: 239.789.4777
jsette@settelegalservice.com
mail@settelegalservice.com
*Attorneys for Plaintiff*

        HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
        Attorneys for Defendant SAM'S EAST, INC.
        Post Office Box 280
        1715 Monroe Street
        Fort Myers, FL 33902-0280
        Telephone: 239.344.1249
        Facsimile: 239.344.1542

        By: **/s/ Amanda J. Sharkey Ross**
            AMANDA J. ROSS, ESQUIRE
            Florida Bar No. 598666
            amanda.ross@henlaw.com
            tracey.salerno@henlaw.com
            MADISON A. TANNER, ESQUIRE
            Florida Bar No. 1011247
            madison.tanner@henlaw.com
            susan.peters@henlaw.com